## THE MANITOU.

(Circuit Court of Appeals, Second Circuit. December 11, 1903.)

No. 41.

1. SHIPPING—DAMAGE TO CARGO—UNSEAWORTHINESS.

In a suit against a steamship to recover for damage to cargo during a voyage from London to New York, caused by the escape of steam through partially open valves, the finding of the trial court that the evidence on behalf of the claimant was insufficient to show that the valves were closed when the steamer sailed affirmed.

Appeal from the District Court of the United States for the Southern District of New York.

This cause comes here upon appeal from a decree of the District Court (116 Fed. 60), by which the steamer Manitou was compelled to pay for cargo damaged by steam which entered cargo compartments through pipes of the fire-extinguishing apparatus.

J. Parker Kirlin, for appellant.
W. Mynderse, for appellee.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. We do not think it necessary to add anything to the opinion of the District Judge, concurring with him in the conclu-

¶ 1. Implied warranty of seaworthiness, see note to The Carib Prince, 15 C. C. A. 388.

sion that the claimant has not satisfactorily shown that the valves through which the steam made its way were closed when the steamer sailed. The damages have been calculated in accordance with the rule laid down by this court in The Styria, 101 Fed. 728, 41 C. C. A. 639. We see no reason to modify the views therein expressed.

The decree is affirmed, with interest and costs.